**Order entered June 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00299-CV

**BREITLING OIL AND GAS CORPORATION, Appellant**

**V.**

**PETROLEUM NEWSPAPERS OF ALASKA, LLC D/B/A PETROLEUM NEWS BAKKEN, Appellee**

**On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-08494**

## ORDER

We **GRANT** appellee's June 25, 2014 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than August 12, 2014. No further extensions will be granted absent exigent circumstances.

/s/      ELIZABETH LANG-MIERS
         JUSTICE